# United States District Court
## *Southern District of Georgia*

PHILIP LOWRANCE,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:18-cv-89

COMMISSIONER NANCY A. BERRYHILL,
In her capacity as Acting Commissioner of the Social
Security Administration,

Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on March 7, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court and the Acting Commissioner's final decision is AFFIRMED. Judgment is entered in favor of the Acting Commissioner and this civil action stands CLOSED.

Approved by: _____

March 8, 2019
_____
Date

Scott L. Poff
_____
Clerk

_____
(By)
     *Deputy Clerk*